SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>            Plaintiff,<br><br>     vs.<br><br>SELECT AUTO WHOLESALES INC; LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:25-cv-02301-GW (SKx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 8, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge George H. Wu |

    To Defendants SELECT AUTO WHOLESALES INC; LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST; and the attorneys of record, if any: Please take notice that on September 8, 2025, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff MICHAEL HARRIS will present Plaintiff's motion for default judgment against Defendants SELECT AUTO WHOLESALES INC and LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST. The Clerk has previously entered the default on said Defendants on May 5, 2025 (Dkt. #12) and July 17, 2025 (Dkt. #16).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants SELECT AUTO WHOLESALES INC and LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants SELECT AUTO WHOLESALES INC and LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,455.00 in attorney's fees, and $895.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 612 E. Rte. 66, Glendora, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants SELECT AUTO WHOLESALES INC and LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST on August 6, 2025, by first class United States Mail, postage prepaid.

Dated: August 6, 2025            **SO. CAL. EQUAL ACCESS GROUP**

By:   /s/ Jason J. Kim
Jason J. Kim, Esq.
Attorneys for Plaintiff