UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-2301-GW-SKx | Date | September 25, 2025 |
|---|---|---|---|
| Title | *Michael Harris v. Select Auto Wholesales, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason T. Yoon, by telephone | None Present |

**PROCEEDINGS :    PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT [18]**

Court confers with Plaintiff's counsel. This action will continue as to Defendant Linda Frisella. Based on the Tentative Ruling [18], and for reasons stated on the record, Plaintiff's Motion is GRANTED. Plaintiff will prepare and file a proposed default judgment forthwith.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | JG | |