**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>       Plaintiff,<br><br>   vs.<br><br>SELECT AUTO WHOLESALES INC; LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST; and DOES 1 to 10,<br><br>       Defendants. | Case No.: CV 25-2301-GW-SKx<br><br>**DEFAULT JUDGMENT**<br><br>Date: September 8, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge George H. Wu |

   Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MICHAEL HARRIS shall have JUDGMENT in Plaintiff's favor for a total of $3,350.00 as costs-and-fees award, against Defendant LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST.

//
//
//

Additionally, Defendant LINDA FRISELLA, AS TRUSTEE OF THE JOHN & LINDA FRISELLA FAMILY TRUST are ordered to provide an accessible entrance at the property located at or about 612 E. Rte. 66, Glendora, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: October 1, 2025

_____
HON. GEORGE H. WU,
United States District Judge